UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIESER FELIX, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>D. SATERFIELD,<br><br>          Defendant. | Case No.: 1:25-cv-01084-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINITFF'S FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS<br><br>Doc. 9 |

Plaintiff Elieser Felix, Jr. is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a U.S. magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2025, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim. Doc. 7. The screening order afforded plaintiff twenty-one (21) days to file an amended complaint. *Id.* at 11. Plaintiff did not do so, nor did plaintiff respond in any other manner to the Court's screening order.

On October 21, 2025, the assigned magistrate judge issued findings and recommendations to dismiss this action for plaintiff's failure to state a claim upon which relief may be granted and his failure to prosecute this case and to comply with a court order. Doc. 9. The Court served the findings and recommendations on plaintiff and notified him that any objections were due within

14 days after service. *Id.* at 14. No objections have been filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 21, 2025, Doc. 9, are adopted in full;
1. This action is dismissed without prejudice for plaintiff's failure to state a cognizable claim, failure to obey court orders, and failure to prosecute; and
2. The Clerk of the Court shall vacate any pending deadlines and close this case.

IT IS SO ORDERED.

Dated:   November 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2